UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 1:08-cr-0153-01 (M/F) |
| WILLIAM MIKAH DALE, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that William Mikah Dale's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 27 months in the custody of the Attorney General or his designee. It is recommended that Mr. Dale be designated by the Bureau of Prisons to a federal correctional facility that is closest to Indianapolis, Indiana, consistent with his status. At the conclusion of Mr. Dale's confinement, he will not be subject to supervised release.

SO ORDERED this 15TH day of January, 2009.

Larry J. McKinney, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

James McKinley,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service